UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR L. JENSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA LLC AND DOES 1-100,<br><br>　　　　　　　　　　　Defendant. | Case No.:  24CV2192-RSH(BLM)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ORDER CONTINUING EARLY NEUTRAL EVALUATION**<br><br>**[ECF No. 6]** |

　　　　The above-entitled matter was removed to this Court on November 21, 2024.  ECF No. 1.

　　　　Defendant answered Plaintiff's complaint on November 27, 2024.  ECF No. 4.

　　　　On November 29, 2024, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference.  ECF No. 5.  The Court scheduled the conferences for January 16, 2025.  Id.

　　　　On December 16, 2024, Plaintiff filed an *Ex Parte* Motion for Order Continuing Early Neutral Evaluation Conference.  ECF No. 6.  Plaintiff seeks to continue the Early Neutral Evaluation Conference ("ENE") to February 2025.  Id. at 1.  In support, Plaintiff states that he "along with seven colleagues, will be traveling to Argentina from January 11, 2025, to January 25, 2025, to explore potential business opportunities" and that "there is uncertainty regarding the availability of reliable internet access in Argentina" which Plaintiff has found to be "spotty,

1

unreliable, and limited in bandwidth." ECF No. 6-1 at 2; see also ECF No 6-2, Declaration of Christian S. Scott in Support of Plaintiff's Memorandum in Support of *Ex Parte* Application for Order Continuing Early Neutral Evaluation ("Scott Decl.") at ¶¶ 3-4. In further support, Plaintiff states that Argentina is five hours ahead of California and that this request will not prejudice either party. Id.; see also Scott Decl. at ¶ 4. Plaintiff notes that he reached out to Defendant regarding the instant motion but did not receive a response. Id.; see also Scott Decl. at ¶ 7. Defendant did not oppose the motion. See Docket.

Good cause appearing, Plaintiff's *Ex Parte* motion is **GRANTED** as follows:

1. The January 16, 2025 ENE and Case Management Conference are **CONTINUED** to **February 4, 2025** at **1:30 p.m.**

2. Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at **1:30 p.m**. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time**.

3. No later than **January 27, 2025**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

4. No later than **December 26, 2024**, Defendant's counsel shall serve on opposing counsel a statement that sets forth the following information: warranty information for the vehicle, including claims submitted to or approved by Defendant concerning the vehicle; service records for the vehicle, including service performed under a warranty; any records regarding a request by Plaintiff to repurchase the vehicle and Defendant's response thereto; and any dispute regarding the amount Plaintiff calculates to be due for restitution, including the appropriate use offset.

5. After service of Plaintiff's statement and no later than **January 9, 2025**, counsel

for the parties, and any unrepresented parties, **must meet and confer in person or by videoconference** to discuss settlement. Plaintiff's counsel is responsible for making arrangements for the conference. **The meet and confer obligation cannot be satisfied by telephone or the exchange of letters.**

6. On or before **January 27, 2025**, counsel for all parties shall lodge with Magistrate Judge Major's chambers a **joint statement no longer than two (2) pages,** certifying that the required in-person or video conference between counsel took place, and setting forth the results and the issues remaining to be discussed at the ENE. The joint statement should attach the required statements by Plaintiff and Defendant described above, and any attachments thereto. This joint statement should be lodged via email at efile_Major@casd.uscourts.gov.

7. The parties may also submit a confidential statement to the Court no later than **January 27, 2025**, of no more than five (5) pages, directly to the chambers of Magistrate Judge Major providing any additional confidential information in advance of the ENE conference. **These statements shall not be filed or served on opposing counsel**. They must be lodged via email at efile_Major@casd.uscourts.gov.

8. In the event the case does not settle at the ENE, the Court will conduct an Initial Case Management Conference. In preparation for this conference, the parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **January 14, 2025**, file a Joint Discovery Plan with Magistrate Judge Barbara L. Major by **January 27, 2025**, and exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **January 28, 2025**.

9. All other guidelines and requirements remain as previously set. See ECF No. 5.

   **IT IS SO ORDERED**.

Dated: 12/18/2024

Hon. Barbara L. Major
United States Magistrate Judge